**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.

JOSEPH NEILL,

Plaintiff,
v.

KENNETH JAMES AND KING FARMS TRUCKING, LLC

Defendants.

**DEFENDANTS KENNTH JAMES' AND KING FARMS TRUCKING, LLC'S
NOTICE OF REMOVAL**

Defendants Kenneth James and King Farm Trucking LLC (collectively referred to as "Defendants"), by their counsel, Susan M. Stamm of Harris, Karstaedt, Jamison & Powers, P.C., respectfully seek removal of Case No. 2019 CV 30661 from the Larimer County District Court, State of Colorado, to the United States District Court for the District of Colorado pursuant to the provisions of 28 U.S.C. §§ 1332, 1441 and 1446. In support thereof, Defendants state as follows.

**Procedural Background**

1.  On July 24, 2019, Plaintiff filed a Complaint and Jury Demand in Larimer County District Court naming the above-referenced Defendants.  *See* **Exhibit 1**, which includes the Complaint and Jury Demand ("Complaint") and Civil Case Cover Sheet and Summons as required by 28 U.S.C. §1446(a).

2.  To date, no Court orders have been issued by the Larimer County District Court.

3.  The undersigned counsel received an August 1, 2019 email concerning the Complaint and Jury Demand along with draft Waivers of Personal Service. A copy of opposing counsel's email is attached as **Exhibit 2**. Plaintiff's Complaint and Jury Demand asserts negligence and negligence *per se* claims against Defendant Kenneth James and a respondeat superior claim against Defendant King Farms Trucking, LLC.

4.  Since the parties were discussing a possible stay of proceedings to allow them time to mediate this matter, the draft Waivers of Personal Service have not been executed and neither Defendant has been personally served with Plaintiff's Complaint and Jury Demand. An Answer or other responsive pleading has not been filed and is not currently due.

## Notice of Removal

5.  After reviewing the Complaint and Jury Demand, Defendants have determined that such action is removable to the U.S. District Court for the District of Colorado pursuant to 28 U.S.C. §1446 and respectfully request that it be so removed.

6.  Neither Defendant has been personally served with Plaintiff's Complaint and Jury Demand and the draft Waivers of Service have not been executed. The undersigned counsel however, on behalf of Defendants, informally received a copy of the Complaint and Jury Demand (and draft Waivers of Personal Service) by email on August 1, 2019. Based on these circumstances, Defendants' Notice of Removal has been timely filed pursuant to 28 U.S.C. §1446(b) (a removal request must be made within thirty (30) days following the date of service of process of the Plaintiff's Complaint).

7. The United States District Court for the District of Colorado is the appropriate federal court forum to hear this matter.

8. A Notice of Removal is being filed with the Larimer County District Court and served on Plaintiff concurrent with the filing of the present Notice of Removal in accordance with 28 U.S.C. §1446(d).

## Diversity of Citizenship Jurisdiction

9. According to Plaintiff's Complaint and Jury Demand, Defendant Kenneth James is an individual whose last known address is Hyrum, Utah while Defendant King Farms Trucking, LLC is a Utah company with its principal place of business located in Tremonton, Utah. *See* **Exhibit 1** at ¶¶2-3. Plaintiff is a resident of Larimer County, Colorado. *See* **Exhibit 1** at ¶1.

10. At the time Plaintiff filed his Complaint and Jury Demand with the Larimer County District Court and continuing to the present, Defendant Kenneth James' principal residence and domicile has been/is 510 W. 200 N, Hyrum, Utah 84319. Defendant Kenneth James is a resident and citizen of Utah.

11. Defendant King Farms Trucking, LLC is a limited liability company duly organized and incorporated under the laws of the State of Utah. At the time Plaintiff filed his Complaint and Jury Demand with the Larimer County District Court and continuing to the present, Defendant King Farms Trucking, LLC"s principal place of business has been/is 820 North 2000 West, Suite C, Tremonton, Utah 84337. *See* **Exhibit 3;** *see* also Defendant King Farms Trucking, LLC's Corporate Disclosure which is being filed contemporaneously with this Notice of Removal.

12. Brandt King is the managing member of Defendant King Farms Trucking, LLC and is a resident and citizen of Utah. All other members of Defendant King Farms Trucking, LLC reside in and are citizens of Utah.

13. "[T]he jurisdiction of the [c]ourt depends upon the state of things at the time of the action brought . . . ". *See*, *Mollan v. Torrance*, 22 U.S. 537, 539 (1824); *see also*, *Symes v. Harris*, 472 F.3d 754, 758 (10th Cir. 2006). Diversity of citizenship therefore existed at the time Plaintiff filed his Complaint and Jury Demand in Larimer County District Court *and* continues to the present.

**Amount in Controversy**

14. A federal Court has diversity jurisdiction when there is complete diversity of citizenship among the parties and the amount in controversy, exclusive of interest and costs, exceeds $75,000. *Stuart v. Colorado Interstate Gas Co.*, 271 F.3d 1221, 1224 (10th Cir. 2001). Generally, the amount in controversy may be determined by the allegations contained in the complaint or, if not dispositive, by the allegations in the Notice of Removal. *Laughlin v. K-Mart Corp.,* 50 F3d 871, 873 (10th Cir. 1995); *Martin v. Franklin Capital Corp.,* 251 F.3d 1284, 1290 (10th Cir. 2001).

15. The amount in controversy in the present matter exceeds the sum of $75,000, exclusive of interest and costs.

16. First and foremost, according to his signed Civil Case Cover Sheet, Plaintiff represents he is seeking a monetary judgment in excess of $100,000 against Defendants, exclusive of attorney fees, interest and costs. *See*, **Exhibit 1,** Civil Case Cover Sheet; *see also* State Court Docket Sheet regarding the inapplicability of

C.R.C.P. 16.1, included as **Exhibit 4**. According to his Complaint and Jury Demand, Plaintiff seeks a myriad of damages for alleged injuries arising out of a July 28, 2016 trucking accident. See **Exhibit 1** at ¶ 13. Such damages include *inter alia* past and future health care expenses; past and future pain and suffering; past and future wage losses and loss of earning capacity; permanent scarring and disfigurement; and permanent impairments. See **Exhibit 1**.

17. Based on Plaintiff's Civil Case Cover Sheet, the State Court Docket Sheet and the allegations included in Plaintiff's Complaint and Jury Demand (**Exhibit 1**), Defendants believe they have met their burden to show that the amount in controversy exceeds $75,000. The Civil Cover Sheet filed in state court is considered "other paper" under 28 U.S.C. §1446(b)(3) for purposes of determining the amount in controversy. *Paros Properties LLC v. Colorado Casualty Insurance Company*, 835 F.3d 1264, 1272 (10th Cir. 2016)(Civil cover sheet is acceptable evidence to show amount in controversy); *see also Henderson v. Target Stores, Inc.*, 431 F. Supp. 2d 1143, 1144 (D. Colo. 2006). Notably, the Civil Cover Sheet Plaintiff's attorney signed with respect to the Plaintiff's claims contains the following language:

> By my signature below and compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000.

18. For the reasons stated above, Plaintiff's action is removable to the United States District Court for the District of Colorado pursuant to 28 U.S.C. §§1332(a)(1), 1441(a) and 1446(a).

WHEREFORE, Defendants respectfully request that the underlying state court action pending in Larimer District Court, State of Colorado, be removed to this Honorable Court.

Dated this 29th day of August, 2019.

Respectfully submitted,

s/ Susan M. Stamm
Susan M. Stamm
HARRIS, KARSTAEDT, JAMISON & POWERS, P.C.
10333 E. Dry Creek Road, Suite 300
Englewood, Colorado 80112
Phone:  720-875-9140
Fax:      720-875-9141
sstamm@hkjp.com
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that on this 29th day of August, 2019, I electronically filed **DEFENDANTS KENNTH JAMES' AND KING FARMS TRUCKING, LLC'S NOTICE OF REMOVAL** with the Clerk of the Court using the CM/ECF system and emailed the document to the following email addresses:

| | |
|---|---|
| William C. Doutt, Esq.<br>Sara Stieben, Esq.<br>Hadfield Stieben & Doutt, LLC<br>215 W. Magnolia Street, Suite 201<br>Fort Collins, Colorado 80521<br>*Attorneys for Plaintiff* | Email:  bill@hsdlawfirm.com<br>sara@hsdlawfirm.com |

/s/  Lorie A. Gettman